GRANT L. KIM (SBN 114989)
Grant.Kim@limnexus.com
LIMNEXUS LLP
220 Montgomery Street, Suite 1411
San Francisco, CA 94104
Tel.: (415) 619-3320 Fax: (213) 955-9511

Attorneys for Petitioner ITN Holdings Ltd.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ITN HOLDINGS LTD., a British Virgin Islands Company**, <br><br> Petitioner. <br><br> v. <br><br> **DAI WEI, an individual,** <br><br> Respondent. | Case No.: CV 19-9483-GW-PJWx <br><br> **JUDGMENT UPON PETITION TO CONFIRM ARBITRAL AWARD AND FOR ENTRY OF JUDGMENT** |

Pursuant to this Court's Order Granting Petition to Confirm Arbitral Award and for Entry of Judgment filed by ITN HOLDINGS LTD., the Court enters Judgment as follows:

It is hereby ADJUDGED, ORDERED, and DECREED THAT:

1. Pursuant to 9 U.S.C. § 201 et seq., the Arbitral Award, issued on April 6, 2017, in *ITN Holdings Limited et al. v. Dai Wei et al.*, (2017) Jing Zhong Cai Zi No. 0502, of the Beijing Arbitration Commission, is hereby CONFIRMED in favor of Petitioner ITN HOLDINGS LTD.

2. In conformity with the confirmed Arbitral Award and the Court's Order Granting Petition to Confirm Arbitral Award and for Entry of Judgment, judgment is entered in favor of Petitioner ITN Holdings Ltd. and against Respondent Dai Wei in the sum of 57,425,451.70 RMB, corresponding to US $8,269,265.05, with additional interest of 8,534.33 RMB, corresponding to US $1,228.94, per day from February 3, 2020 until full payment is made.

IT IS SO ORDERED.

Dated: February 3, 2020

By: _____/s/ George H. Wu_____
HON. GEORGE H. WU, U.S. District Judge